# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>PEG SACRAMENTO PROPERTY LLC,<br><br>Defendant. | Case No: 2:19-cv-01364-MCE-DB<br><br>**ORDER** |

Pursuant to the Notice of Voluntary Dismissal, ECF No. 6, and Federal Rule of Civil Procedure 41(a)(1)(A)(i), IT IS HEREBY ORDERED that this action is DISMISSED with prejudice. Each party shall bear their own costs and fees, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: February 3, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE